**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| King Solomon Sekhemre El Neter, Petitioner v. Ronald Oliver, Respondents | Case No.: 2:24-cv-02139-APG-MDC **Order Denying Petitioner's Motion for Leave to Amend** [ECF No. 16] |

This closed habeas matter is before me on Petitioner King Solomon Sekhemre El Neter's motion for leave to amend the pleadings. ECF No. 16. El Neter filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1). On initial review under the Habeas Rules, I dismissed the petition without prejudice because El Neter's petition was nearly inscrutable and he failed to demonstrate that he exhausted his state court remedies. ECF No. 5. The Clerk of Court entered judgment, and the Ninth Circuit denied El Neter's request for certificate of appealability. ECF Nos. 6, 14.

El Neter now requests leave to amend the pleadings. ECF No. 16. He fails to cite applicable legal authority in the motion or attach an amended petition curing the defects of his original petition. However, even if I construe the motion as a request for reconsideration to alter or amend the judgment under Rule 59(e) of the Federal Rules of Civil Procedure,[1] the new information he presents does not change the defects that required dismissal of his petition. The dismissal was not an error or manifestly unjust decision.

[1] A motion seeking reconsideration should not be granted, "absent highly unusual circumstances," unless the court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law. *Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co.*, 571 F.3d 873, 880 (9th Cir. 2009); *Sch. Dist. No. 1J v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993).

I THEREFORE ORDER that Petitioner King Solomon Sekhemre El Neter's Motion for Leave to Amend Pleadings (ECF No. 16) is denied.

DATED this 5th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE